IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:22-cr-68 |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | **ORDER** |
| MICHAEL ANDERSON, | : | |
| Defendant. | : | |

The Court sets the following schedule for pretrial filings:

| | |
|---|---|
| **Tuesday, October 11, 2022**<br><br>**13 days before trial** | **FILED AND SERVED ON OPPOSING COUNSEL BY NOON**<br><br>Proposed Jury Instructions with citations and an index, Interrogatories, and Verdict Forms (Copy e-mailed to chambers - Word format); Motions in Limine<br><br>Instructions must be separately numbered (*e.g.*: Gov't No. 1; Def. No. 1). Each proposed instruction shall indicate the proponent and supporting authority. All citations to authority must include a pinpoint citation. Parties need not submit boilerplate instructions. |
| **Friday, October 14, 2022**<br><br>**10 days before trial** | **FILED AND SERVED ON OPPOSING COUNSEL**<br><br>Responses to Motions in Limine<br><br>Objections to Proposed Jury Instructions<br><br>All objections to tendered instructions shall be in writing and include citations of authority. |
| **Wednesday, October 19, 2022**<br><br>**3 business days before trial** | **SUBMITTED TO CHAMBERS BY NOON**<br><br>Witness lists<br><br>Exhibit lists<br><br>Exhibit binders (original and two copies in 3 ring binders) |

1

| | |
|---|---|
| **Any time before trial**: | **FILED AND SERVED ON OPPOSING COUNSEL** |
| | (Copy e-mailed to chambers - Word format) |
| | Trial Briefs |
| | Stipulations (may also be submitted during trial) |

**Trial**: Monday, October 24, 2022 at 9:30 a.m. (Counsel must be present at 9:00 a.m.)

**Chambers' email address**:  dlott_chambers@ohsd.uscourts.gov

**IT IS SO ORDERED.**

                                      S/Susan J. Dlott_____
                                      Judge Susan J. Dlott
                                      United States District Court